PROB 22
(Rev. 09/12)

# TRANSFER OF JURISDICTION

DOCKET NUMBER (Tran. Court)
3:18CR00094- 3

DOCKET NUMBER (Rec. Court)
2:21-CR-20020-01 CSB/EIL

| NAME AND ADDRESS OF PROBATION / SUPERVISED RELEASEE | DISTRICT | DIVISION |
|---|---|---|
| OSIRIS AKHIR | Northern Indiana | South Bend |

NAME OF SENTENCING JUDGE

Robert L. Miller, Jr.

| DATES OF SUPERVISION | FROM 11/19/2019 | TO 11/18/2022 |
|---|---|---|

OFFENSE

21:841(a)(1) and 21:841(b)(1)(C) DISTRIBUTION OF FENTANYL

## PART 1 – ORDER TRANSFERRING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE **NORTHERN DISTRICT OF INDIANA**

  **IT IS HEREBY ORDERED** that, pursuant to 18 U.S.C. §3605, the jurisdiction of the probationer or supervised releasee named above be transferred with the records of this Court to the United States District Court for the **CENTRAL DISCTRICT OF ILLINOIS** upon that Court's Order of Acceptance of Jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this Court.*

4/23/21
Date

/s/Robert L. Miller, Jr.
United States District Judge

*This sentence may be deleted at the discretion of the transferring Court.

## PART 2 – ORDER ACCEPTING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE **CENTRAL DISCTRICT OF ILLINOIS**

 **IT IS HEREBY ORDERED** that jurisdiction over the above-named probation or supervised releasee be accepted and assumed by this Court from and after the entry of this Order.

4/27/2021
Effective Date

s/COLIN S. BRUCE
United States District Judge