# United States District Court
## for
## Northern District of Indiana

### Petition for Warrant for Offender Under Supervision

Name of Offender:  Osiris Akhir                                              Case Number: 3:18CR00094-003

Richton Park, Illinois 60471

Name of Sentencing Judicial Officer: <u>The Honorable Robert L. Miller</u>
Name of Assigned Magistrate Judge:<u> The Honorable Michael G. Gotsch, Sr.</u>
Date of Original Sentence: <u>November 19, 2019</u>
Original Offense: <u>Knowingly and Intentionally Distributing a Substance Containing a Detectable Amount of Fentanyl</u>
Original Sentence: <u>51 Days Bureau of Prisons; 36 Months Supervised Release</u>
Type of Supervision: <u>Supervised Release</u>
Date Supervision Commenced: <u>November 19, 2019</u>

### PETITIONING THE COURT TO ISSUE A WARRANT

The probation officer believes that the offender has violated the following condition(s) of supervision as set forth in the Judgment.

**Mandatory Condition No. 1 (Grade A Violation):** The defendant shall not commit another federal, state, or local crime.

**Mandatory Condition No. 2 (Grade B Violation):** The defendant shall not unlawfully possess a controlled substance.

**Violation No. 1:** On March 24, 2021 the defendant was arrested and charged in the Central District of Illinois with Possession of Methamphetamine with Intent to Distrute.

**Mandatory Condition No. 7 (Grade C Violation):** The defendant shall not travel knowingly outside the federal judicial district without the permission of the probation officer, who shall grant such permission unless the travel would hinder the defendant's rehabilitation or present a public safety risk.

**Violation No. 1:** On March 24, 2021 the defendant was arrested and charged in the Central District of Illinois. This out of district travel was not approved by his probation officer.

**Mandatory Condition No. 11 (Grade B Violation):** The defendant shall not possess a firearm, ammunition, destructive device, or any other dangerous weapon (meaning an instrument designed to be used as a weapon and capable of causing death or serious bodily harm).

**Violation No. 1:** On March 24, 2021 the defendant was arrested and charged in the Central District of Illinois with Possession of Methamphetamine with Intent to Distrute. According to the Criminal Complaint, officers located a 9mm pistol wih a defaced serial number, a Glock .40 pistol, three high capacity pistol magazines, and pistol ammunition on the living premises of the defendant.

U.S. Probation Officer Recommendation:

Due to new charges in the Central District of Illinois (21-MJ-3035) this officer is respectfully requesting the defendant's supervison be revoked and a warrant be issued. Additionally, the Central District of Illinois has requested that jurisdiction of the defendant's case be transferred to the Central District of Illinois (Urbana Division).

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: April 16, 2021

Edoardo R DiMichele
U.S. Probation Officer

---

THE COURT ORDERS:

☐ No action.
☐ The issuance of a summons.
☒ The issuance of a warrant.
☐ Other.

s/Michael G. Gotsch, Sr.

_____
Signature of Judicial Officer

4/21/2021
Date

2